## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:

    Michelle L. Kalman          Chapter 11
                                             Case No. 07-14268-WCH

    Debtor

---

## MOTION BY DEBTOR FOR AUTHORITY TO EMPLOY
## COUNSEL UNDER A GENERAL RETAINER

      Now comes the Debtor, Michelle L. Kalman, and moves the Court for the authority to employ Leonard Ullian, Esq., and The Law Offices of Ullian & Associates as its counsel in this case under general retainer and in support thereof states as follows:

1. The Debtor has filed a petition for relief under Chapter 11 of the Bankruptcy Code in this Court.

2. Prior to the date when the petition was filed, the Debtor consulted with Leonard Ullian from The Law Offices of Ullian & Associates, and subsequently engaged the firm to prepare the appropriate papers and to file it with this Court.

3. The Debtor desires to employ The Law Offices of Ullian & Associates as its counsel in this case under a general retainer. Leonard Ullian of that firm is knowledgeable and experienced in bankruptcy matters and has appeared before this Court on numerous occasions, and Debtor believes that the employment of The Law Offices of Ullian and Associates is in the Debtor's best interest.

4. The Debtor believes that The Law Offices of Ullian and Associates holds no interest adverse to the Debtor or it's estate, and that The Law Offices of Ullian and Associates is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code. Affidavit of Counsel is attached hereto and incorporated herein.

      **WHEREFORE,** the Debtor respectfully requests that the court enter an Order authorizing the employment of The Law Offices of Ullian and Associates as counsel to the Debtor and grant such other and further relief as is necessary and just.

                                                        Respectfully submitted,

Date: June 25, 2007                                 /s/ Michelle L. Kalman
                                                   Michelle L. Kalman

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:

    Michelle L. Kalman          Chapter 11
                                 Case No. 07-14268-WCH

    Debtor

_____

## AFFIDAVIT OF PROFESSIONAL PERSON

1. My name is Leonard Ullian. I am an attorney authorized and licensed to practice before this Court and in the Commonwealth of Massachusetts. I have personal knowledge of all facts stated herein and they are all true and correct, except for those facts stated upon information and belief, and as to those facts I believe them to be true and correct.

2. I am employed by The Law Office of Ullian and Associates. I represent that after reasonable investigation, to the best of my knowledge, neither I nor any member of The Law Office of Ullian & Associates holds or represents any interest adverse to the estate of the above-named Debtor.

3. I represent that to the best of my knowledge that myself and each member of The Law Office of Ullian & Associates is a "disinterested person" as that term is defined at 11 U.S.C. section 101(14).

4. I hereby represent that I have agreed not to share with any person the compensation to be paid for the services rendered in this case, except as follows: between and among the partners and other professional employees of The Law Offices of Ullian & Associates, Inc.

5. The Law Office of Ullian & Associates has received $7,039.00, which includes the $839.00 filing fee as a retainer in anticipation of services to be rendered by it as counsel to the Debtor in this case subject to final allowance by the Court at the conclusion of this case, which sum, upon information and belief, was generated by the Debtor.

6. I shall amend this statement immediately upon my learning that any of the within representations are incorrect or there is any change of circumstances relating thereto.

7. I have reviewed the provisions of Massachusetts Local Bankruptcy Rule 2016-1.

Signed under the pains and penalties of perjury this17th day of July, 2007.

/s/Leonard Ullian
Leonard Ullian, Esq.
The Law Office of Ullian & Associates, Inc.
220 Forbes Rd., Ste. 106
Braintree, MA 02184
(781) 848-5980

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS**

In Re:

    Michelle L. Kalman             Chapter 11
                                          Case No. 07-14268-WCH

    Debtor

_____

**ORDER ON MOTION BY DEBTOR FOR AUTHORITY TO
EMPLOY COUNSEL UNDER A GENERAL RETAINER**

The Motion by Debtor for Authority to Employ Counsel Under a General Retainer, having been brought before me, notice having been given to the United States Trustee, and no objection to the Motion having been filed, and good cause appearing to me in support of this Motion, it is allowed.

    ORDERED that the Debtor is authorized to employ Leonard Ullian and The Law Offices of Ullian & Associates as its counsel in this case under a general retainer.

Date: _____             _____
                                                        Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In Re:

    Michelle L. Kalman               Chapter 11
                                                Case No. 07-14268-WCH

    Debtor

_____

## CERTIFICATE OF SERVICE OF MOTION BY DEBTOR FOR AUTHORITY TO EMPLOY COUNSEL UNDER A GENERAL RETAINER

I, Leonard Ullian, certify that on the 17th day of July, 2007, I caused a copy of the **Motion By Debtor For Authority To Employ Counsel Under A General Retainer** to be sent electronically to the U.S. Trustee's Office, 1101 Federal Building, 10 Causeway, Street, Room 1184, Boston, MA 02222.

                                      /s/Leonard Ullian
                                      Leonard Ullian, Esq.
                                      Ullian & Associates, Inc.
                                      220 Forbes Road, Suite 106
                                      Braintree, MA 02184
                                      (781) 848-5980